UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| JOAQUIN GUZMAN-LOERA, ) | |
|     a/k/a  EL CHAPO, ) | |
|     a/k/a EL PRIMO, ) | |
| JESUS MANUEL GUTIERREZ GUZMAN, ) | |
|     a/k/a MANOLO, ) | |
| JOSE BENJAMIN LOCHEO DEL RIO, ) | |
|     a/k/a EL CAMARADA, ) | |
| RAFAEL HUMBERTO CELAYA VALENZUELA )   No. 1:11-CR-    -01/08- | |
|     a/k/a RAFA, ) | |
|     a/k/a RAFI, ) | |
| RODOLFO ALARCON MENDOZA, ) | |
|     a/k/a RUDY, ) | |
|     a/k/a RODO, ) | |
| SAMUEL ZAZUETA VALENZUELA, ) | |
| ALVARO RIVERA-PEDREGO, ) | |
|     a/k/a MIGUEL DURAN, ) | |
|     a/k/a FLACO, ) | |
| SERGIO LOPEZ ALARCON, ) | |
|     a/k/a ALEXI, ) | |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**[Conspiracy to distribute and to possess with intent to distribute a controlled substance]**
**[ 21 U.S.C. §§ 846, 841(a)]**

Beginning in approximately March 2009 and continuing through to the present, in the District of New Hampshire and elsewhere, the defendants,

JOAQUIN GUZMAN-LOERA,
a/k/a El Chapo, a/k/a El Primo,
JESUS MANUEL GUTIERREZ GUZMAN,
a/k/a MANOLO,
JOSE BENJAMIN LOCHEO DEL RIO,
a/k/a EL CAMARADA,

RAFAEL HUMBERTO CELAYA VALENZUELA,

a/k/a RAFA,
a/k/a RAFI,
RODOLFO ALARCON MENDOZA,
a/k/a RUDY,
a/k/a RODO,
SAMUEL ZAZUETA VALENZUELA,
ALVARO RIVERA-PEDREGO,
a/k/a MIGUEL DURAN,
a/k/a FLACO,
SERGIO LOPEZ ALARCON,
a/k/a ALEXI,

knowingly, intentionally and unlawfully agreed and conspired together, and with others known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute, 1,000 or more kilograms of cocaine, a schedule II controlled substance, all in violation of 21 United States Code, Sections 846 and 841(a).

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson


JOHN P. KACAVAS

United States Attorney
District of New Hampshire

/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney

June 8, 2011