```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

      v.                              Criminal No. 11-cr-84-02-JL

Jesus Manuel G. Guzman


O R D E R

The assented to motion to reschedule jury trial (document no. 61) filed by defendant is granted in part. Continuance Limited to 30 days. If counsel desires a 90-day continuance, the defendant and counsel should understand that such a lengthy one will be the only one granted without a persuasive showing of good cause.  At this point, on this showing, 30 days granted. The following deadlines apply to all defendant's.  Final Pretrial is rescheduled to June 26, 2013 at 10:00 AM; Trial is continued to the two-week period beginning July 9, 2013, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: May 14, 2013

cc: John W. Mitchell, Esq.
    Paul A. Maggiotto, Esq.
    Donald A. Feith, Esq.
    Jeffrey E. Feiler, Esq.
    Michael J. Connolly, Esq.
    U.S. Marshal
    U.S. Probation