# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.  1:11-cr-84-JL** |
| | ) | |
| **JESUS MANUEL GUITIERREZ GUZMAN** | ) | |
| **RAFAEL CELAYA VALENZULEA** | ) | |
| **SAMUEL ZAZUETA VALENZUELA** | ) | |

## <u>PROPOSED WITNESS LIST OF THE UNITED STATES</u>

SA Tucker Heap
Federal Bureau of Investigation

SA Abel Vecino
Federal Bureau of Investigation

SA Antonio Dillon
Federal Bureau of Investigation

SA Patrick Geonetta
Federal Bureau of Investigation

SA Michael Gibeley
Federal Bureau of Investigation

SA Anibal Gonzalez
Federal Bureau of Investigation

SA Michael Kelly
Federal Bureau of Investigation

SA Timothy McElroy
Federal Bureau of Investigation

SA Michael McGowan
Federal Bureau of Investigation

SA Ryan O'Neil
Federal Bureau of Investigation

ASAC John T. Foley (retired)
Federal Bureau of Investigation

SSAC William McDermott
Federal Bureau of Investigation (retired)

Det. Juan Seoane
Boston Police Department

SA Stephen Kelleher
Federal Bureau of Investigation

SA Darwin Suelen
Federal Bureau of Investigation

Joshua Lee Castro

CHS #1

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

/s/ Donald Feith
First Assistant U.S. Attorney
New Hampshire Bar # 783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Donald.Feith@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a copy of this motion has been served electronically, through ECF, on Thomas Gleason, Esquire, Scott Gleason, Esquire, counsel for Jesus Manuel Gutierrez Guzman,  Jeffrey Feiler, Esquire, Andrew Feldman, Esquire, and Julie Connolly, Esquire, counsel for the Rafael Celaya Valenzuela, and Richard Guerreiro, Esquire, counsel for Samuel Zazueta Valenzuela on September 23, 2014.

/s/ Donald Feith
First Assistant U.S. Attorney